IH-32                                                                                                                    Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

___

#### Full Caption of Later Filed Case:

CHANG YAN CHEN
on behalf of himself and others similarly
situated

| Plaintiff | Case Number |

vs.                                              21-cv-11225

L&L NEW BEGINNINGS LLC d/b/a Lili and
Loo et al.

Defendant

#### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

CHANG YAN CHEN
on behalf of himself and others similarly
situated

| Plaintiff | Case Number |

vs.                                              19-cv-07654

LILIS 200 WEST 57TH CORP.

Defendant

IH-32                                                                                                      Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed — (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open — (If so, set forth procedural status and summarize any court rulings.)

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Signature: /s/ John Troy                        Date: 12/31/2021

Firm: TROY LAW, PLLC