**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CHANG YAN CHEN, individually and on behalf
of others similarly situated,

                            Plaintiff,

      -against-                                    21 **CIVIL** 11225 (VEC)

                                                      **<u>JUDGMENT</u>**

L&L NEW BEGINNINGS LLC d/b/a LILI AND
LOO and YASMIN KUHN,

                            Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 27, 2022, Defendants' motion is GRANTED, and all claims in the complaint are dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      June 28, 2022

                                                       **RUBY J. KRAJICK**
                                                      _____
                                                       **Clerk of Court**
                              **BY:**      *K. Mango*
                                                       _____
                                                          **Deputy Clerk**